UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. 07-677 (DMC) |
| CARLOS J. ANTIGUA, | : | <u>CONSENT ORDER SETTING CONDITIONS OF RELEASE</u> |
| Defendant. | : | |

Upon application by counsel for the Defendant, John Rapawy, Esq., and joined in consent by the government, as represented by Brian L. Urbano, Assistant United States Attorney, and with the consent of Pretrial Services, the Court affirms the present application and orders the defendant released pending sentencing on the following bail and conditions of release:

1. That Defendant Carlos Jose Antigua shall be released on a $100,000 Appearance Bond partially secured with $10,000 and which will be cosigned by the following individuals: Diomaris Concepcion, who resides at 67 Manhattan Avenue, Brooklyn, New York 11206; Adalgisa Antigua, who resides at 30 Montrose Avenue, Apartment 10L, Brooklyn, New York 11206; and Felix Taveras, who resides at 360 Van Nostrand Avenue Apartment 1, Jersey City, New Jersey 07035. Diomaris Concepcion and Adalgisa Antigua also shall act as Third Party Custodians.

2. That Defendant Carlos Jose Antigua shall be subject to the supervision by Pretrial Services and shall report to Pretrial Services in person or via telephone as directed by Pretrial Services.

3. That Defendant Carlos Jose Antigua shall reside with Diomaris Concepcion at 67

Manhattan Avenue, Brooklyn, New York.

4. That Defendant Carlos Jose Antigua shall surrender all travel documents, if any, prior to his release, that are not already in possession of the government, and shall not apply for any new travel documents.

5. That Defendant Carlos Jose Antigua's travel shall be limited to the State of New Jersey for court appearances and visits to pretrial services only, and all other travel restricted to the State of New York.

6. That Defendant Carlos Jose Antigua shall be subject to drug testing and treatment as deemed appropriate by pretrial services.

7. All Bail requirements shall be satisfied prior to Defendant Carlos Jose Antigua's release.

Dated: 2-4-09

HON. DENNIS M. CAVANAUGH
United States District Judge

Consented and Agreed to by:

John Rapawy, Esq.
Counsel for Defendant Carlos Jose Antigua

Brian L. Urbano, Esq.
Assistant United States Attorney