UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Crim. No. 07-677 (DMC) |
| CARLOS J. ANTIGUA, : | CONSENT ORDER CHANGING CONDITIONS OF RELEASE |
| Defendant : | |

Upon application by counsel for the Defendant, John Rapawy, Esq., and joined in consent by the government, as represented by Brian L. Urbano, Assistant United States Attorney, and with the consent of Pretrial Services, the Court affirms the present application and orders the defendant released pending sentencing on the following bail and conditions of release:

1. That Felix Taveras, who resides at 360 Van Nostrand Avenue, Apt. 1, Jersey City, New Jersey 07035 shall be removed and released as a co-signor to the $100,000.00 appearance bond securing the release of Carlos J. Antigua.

2. All other conditions previously entered into shall remain the same.

Dated:            5/5/10

HON. DENNIS M. CAVANAUGH
United States District Judge

Consented and Agreed to by:

John Rapawy, Esq.
Counsel for Defendant Carlos J. Antigua

Brian L. Urbano, Esq.
Assistant United States Attorney